UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **IN RE APPLICATION OF NEW YORK TIMES CO. & REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL JUDICIAL RECORDS ANCILLARY TO GRAND JURY SUBPOENA OF MATTHEW COLE** | No. 2:26-mc-00005-MSD-RJK |

**NOTICE OF REQUEST FOR ORAL ARGUMENT**

**PLEASE TAKE NOTICE** that pursuant to this Court's September 10, 2026 notification, ECF 10, Applicants The New York Times Company and Reporters Committee for Freedom of the Press respectfully request oral argument on their application submitted August 14, 2026, ECF 1.

Through the end of September, Applicants are available for argument on any date other than September 16 and September 24.

No other party has entered an appearance in this matter. On September 10, 2026, undersigned counsel emailed the below-listed counsel for the government to ascertain the government's availability for argument but received no response.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Lin Weeks*

Lin Weeks
Va. Bar No. 97351
lweeks@rcfp.org
Allyson Veile, *pro hac vice*
aveile@rcfp.org
Adam A. Marshall, *pro hac vice*
amarshall@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005

Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Applicant Reporters Committee for Freedom of the Press*

*/s/ Alia Smith*

Alia Smith
Va. Bar No. 97465
The New York Times Company
Legal Department
620 Eighth Avenue
New York, NY 10018
Phone: 212.556.7888
alia.smith@nytimes.com

*Counsel for Applicant The New York Times Company*

**CERTIFICATE OF SERVICE**

I, Lin Weeks, hereby certify that on September 11, 2026, a copy of the foregoing was filed electronically using this Court's CM/ECF system, and sent via email to:

Brian Samuels
United States Attorney's Office for the Eastern District of Virginia
Newport News Division
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Brian.Samuels@usdoj.gov

David A. O'Neil
Carter Burwell
Leah W. Rosenberg
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
daoneil@debevoise.com
cburwell@debevoise.com
lwrosenberg@debevoise.com

Lynn Oberlander
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, N.Y. 10019
oberlanderl@ballardspahr.com

Dated: September 11, 2026

Respectfully submitted,

*/s/ Lin Weeks*
Lin Weeks
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

*Counsel for Applicant the Reporters Committee for Freedom of the Press*