**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**THE NEW YORK TIMES COMPANY,**

**and** **Case No. 2:26mc5**

**REPORTERS COMMITTEE FOR**
**FREEDOM OF THE PRESS,**

**Movants.**

# ORDER

This matter is before the Court on an "Application to Unseal Judicial Records Ancillary to Grand Jury Subpoena of Matthew Cole," filed by The New York Times Company and Reporters Committee for Freedom of the Press ("Movants"). ECF No. 1. Movants' filing seeks the complete unsealing of a separate civil action involving a grand jury subpoena, though it acknowledges the potential need for "lawful[]" redactions. Id. at 2 n.1. Movants served their application on counsel for the United States, id. at 6, but no response has been filed. According to Movants, "the United States Attorney's Office indicated that it could not take a position on a question that pertains to a grand jury – including any confirmation or denial of the existence of any such matter." Id. at 4. Movants have requested oral argument. ECF No. 12.

Subsequent to Movants' request for oral argument, this Court entered two unsealing Orders in the previously sealed civil action targeted by Movants. Case No. 4:26dm1, ECF Nos. 21, 27. These

Orders unsealed the case itself, and most of the filings in the case, subject to certain redactions. Id. These two rulings by the Court largely mooted Movants' claim for relief, though Movants presumably oppose at least some of the redactions.

As explained in the Court's unsealing Orders, oral argument in Case No. 4:26dm1 is scheduled for **Thursday, November 19, 2026.** The hearing will occur at 10:30 a.m. in Newport News, Virginia, and the parties to case 4:26dm1 will be heard on both the merits of matters pending in that case and on the propriety of maintaining the current redactions. Movants are hereby **INFORMED** that such hearing will also serve as a hearing in the instant case to the extent that Movants still wish to be heard on their application.

The Clerk is **REQUESTED** to forward a copy of this Order to counsel for Movants and to the U.S. Attorney's Office in Newport News, Virginia.

**IT IS SO ORDERED.**

/s/ MSD
Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
November 16, 2026