**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **IN RE APPLICATION OF THE NEW YORK TIMES CO. & REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL JUDICIAL RECORDS ANCILLARY TO GRAND JURY SUBPOENA OF MATTHEW COLE** | Case No. 2:26-mc-00005-MSD-RJK |

**APPLICANTS' NOTICE**

Applicants The New York Times Company ("The Times") and the Reporters Committee for Freedom of the Press ("Reporters Committee") (together, "Applicants") respectfully submit this notice in response to the Court's Order of November 16, 2026, ECF No. 13 (the "Order").

As the Order notes, Applicants sought to unseal judicial records in a case proceeding in this Court challenging a grand jury subpoena issued to freelance reporter Matthew Cole (the "Cole Matter"). After Applicants submitted their application, the Court unsealed the docket in the Cole Matter, Case No. 4:26-dm-1, and records therein.

Applicants do not intend to challenge the sealing or redaction of any records that have been filed in the Cole Matter to date.[1] Accordingly, Applicants do not plan to present argument at the hearing scheduled in that mater on November 19, 2026.

Further, in light of the Court's unsealing, Applicants respectfully suggest that it is appropriate for the Court to close this matter.[2]

Dated: November 18, 2026

Respectfully submitted,

*/s/ Lin Weeks*
Lin Weeks
Va. Bar No. 97351

[1] Applicants reserve the right to challenge any future sealing or closures in the Cole Matter.
[2] As the Court's Order notes, the government has not filed a response in this matter.

lweeks@rcfp.org
Allyson Veile*
aveile@rcfp.org
Adam A. Marshall*
amarshall@rcfp.org
Reporters Committee for
Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

**Admitted Pro Hac Vice*

*Counsel for Applicant Reporters Committee for Freedom of the Press*

*<u>/s/ Alia Smith</u>*

Alia Smith
Va. Bar No. 97465
Ballard Spahr
1909 K St., NW, 12th Floor
Washington, DC 20006
Phone: 202.508.1125
Facsimile: 202.661.2299
smithalia@ballardspahr.com

*Counsel for Applicant The New York Times Company*

**CERTIFICATE OF SERVICE**

I, Lin Weeks, hereby certify that on November 18, 2026, a copy of the foregoing was filed electronically using this Court's CM/ECF system, and sent via email to:

Brian Samuels
United States Attorney's Office for the Eastern District of Virginia
Newport News Division
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Brian.Samuels@usdoj.gov

David A. O'Neil
Carter Burwell
Leah W. Rosenberg
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
daoneil@debevoise.com
cburwell@debevoise.com
lwrosenberg@debevoise.com

Lynn Oberlander
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, N.Y. 10019
oberlanderl@ballardspahr.com

Dated: November 18, 2026

Respectfully submitted,

*/s/ Lin Weeks*
Lin Weeks
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

*Counsel for Applicant the Reporters Committee for Freedom of the Press*